ACCEPTED
03-15-00252-CV
7634178
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 10:35:19 AM
JEFFREY D. KYLE
CLERK

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

506 WEST 14TH STREET, SUITE A
AUSTIN, TEXAS 78701
512 457-9806 TELEPHONE
512 457-9066 FACSIMILE

**Franklin Hopkins**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
fhopkins@r-alaw.com

FILED
*November 2, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

November 2, 2015

Jeffrey D. Kyle, Clerk                                    **by e-filing**
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Re:   Court of Appeal No:      03-15-00252-CV;   *Dr. Behzad Nazari, D.D.S. D/B/A*
      *Antoine Dental Center et. al. v State of Texas v. Xerox Corporation and Xerox State*
      *Health Care, LLC*
      Trial Court Case Number:      D-1-GN-14-005380

Dear Mr. Kyle:

In accordance with the Court's request, please be advised that the undersigned, Jason Ray, will
present oral argument on behalf of Dr. Behzad Nazari, DDS d/b/a Antoine Dental Center, et al.
in the above referenced case on December 16, 2015 at 1:30 p.m.

Respectfully submitted,

Jason Ray
Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, TX  78701
512 457-9806 Phone
512 457-9066 FAX
jray@r-alaw.com